

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 3, 2022

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Application Granted. The status conference currently scheduled for May 10, 2022, is adjourned to **July 11, 2022, at 10:45 a.m**. For the reasons stated below, the Court finds that the ends of justice served by excluding the time between today and July 11, 2022, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A). The time between today and July 11, 2022, is hereby excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 27.

Dated: May 3, 2022

Re: <u>United States v. Todd Alloy, 21 Cr. 488 (LGS)</u>

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dear Judge Schofield:

The Government writes to request an adjournment of the conference in this case scheduled for May 10, 2022. The parties are in discussion for a potential pretrial resolution of this matter—the defense has submitted a mitigation request, which the Government is in the process of reviewing. Accordingly, the parties request a 60-day adjournment of the status conference.

With the defendant's consent, the Government respectfully requests, pursuant to 18 U.S.C. § 3161(h)(7), that time be excluded from today until the date of the pretrial conference, to permit the parties to discuss a possible pretrial disposition in this case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by: _/s/_____
Matthew R. Shahabian
Assistant United States Attorney
(212) 637-1046

CC: Kerry Lawrence, Esq. (by ECF)