

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 21, 2022

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   **United States v. Todd Alloy, 21 Cr. 488 (LGS)**

Dear Judge Schofield:

The Government writes to request an adjournment of the conference in this case scheduled for October 3, 2022. The parties are in discussions for a potential pretrial resolution of this matter. Specifically, the defense and the Government are continuing to discuss the defense's request for mitigation. Accordingly, the parties request a 30-day adjournment of the status conference.

With the defendant's consent, the Government respectfully requests, pursuant to 18 U.S.C. § 3161(h)(7), that time be excluded from today until the date of the pretrial conference, to permit the parties to discuss a possible pretrial disposition in this case.

Application Granted. The status conference currently scheduled for October 3, 2022, is adjourned to **November 7, 2022, at 10:45 a.m.** The Court finds that the ends of justice served by excluding the time between today and November 7, 2022, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because, among other things, the parties are presently engaged in discussions regarding a potential disposition of this matter and the exclusion would allow for those discussions to continue. It is hereby ORDERED that the time between today and November 7, 2022, is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 33.

Dated: September 27, 2022
New York, New York

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by:  /s/
Matthew R. Shahabian
Assistant United States Attorney
(212) 637-1046

CC: Kerry Lawrence, Esq. (by ECF)

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**