


U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 6, 2023

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>United States v. Todd Alloy, 21 Cr. 488 (LGS)</u>

Dear Judge Schofield:

    The Government writes to request an adjournment of the status conference in this case scheduled for March 13, 2023. The parties continue to be in discussions about a potential pretrial resolution of this matter. Specifically, the defense has made a submission to this Office requesting an alternative disposition that would avoid the otherwise applicable 10-year mandatory minimum sentence in this case. This Office is still considering the defendant's request, which involves, among other things, reviewing the underlying materials from the defendant's prior 2013 federal conviction. Accordingly, the parties request an additional 45-day adjournment of the conference, to April 27, 2023.

    With the defendant's consent, the Government respectfully requests, pursuant to <u>18 U.S.C. § 3161(h)(7)</u>, that time be excluded from today until the date of the conference, to permit the parties to discuss the possible pretrial disposition in this case.

Application Granted. The status conference currently scheduled for March 13, 2023, is adjourned to **April 24, 2023, at 10:45 a.m**. The Court finds that the ends of justice served by excluding the time between today and April 24, 2023, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because, among other things, the parties are presently engaged in discussions regarding a potential disposition of this matter and the exclusion would allow for those discussions to continue. It is hereby ORDERED that the time between today and April 24, 2023, is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 41.
Dated: March 7, 2023
New York, New York

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by:  /s/
    Matthew R. Shahabian
    Assistant United States Attorney
    (212) 637-1046

CC: Kerry Lawrence, Esq. (by ECF)

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE