

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 17, 2023

**BY ECF**

> Application Granted in part.  The status conference currently scheduled for May 22, 2023, is adjourned *sine die*.  The Clerk of the Court is directed to terminate the letter motion at docket number 45.
>
> Dated: May 18, 2023
> New York, New York
>
> LORNA G. SCHOFIELD
> **UNITED STATES DISTRICT JUDGE**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    **United States v. Todd Alloy, 21 Cr. 488 (LGS)**

Dear Judge Schofield:

    The Government writes to request an adjournment of the status conference in this case scheduled for May 22, 2023. A change of plea hearing is scheduled before the magistrate judge for May 26, 2023, at 10:00AM.  Accordingly, the Government respectfully requests that the conference be adjourned *sine die*.

    The Government respectfully requests, pursuant to 18 U.S.C. § 3161(h)(7), that time be excluded from today until May 26, 2023, to permit the parties to reach a pretrial disposition in this case.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney for the
                        Southern District of New York

               by: /s/
                        Matthew R. Shahabian
                        Assistant United States Attorney
                        (212) 637-1046

CC: Kerry Lawrence, Esq. (by ECF)