UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :          21 Cr. 488 (LGS)
         -against-                                          :
                                                            :          SCHEDULING ORDER
TODD ALLOY                                                  :
                                            Defendant.      :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Todd Alloy's sentencing hearing shall be held on **October 2, 2023**, at **10:30 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's pre-sentencing submission, if any, shall be filed on or before **September 11, 2023**. The Government's pre-sentencing submission, if any, shall be filed by **September 14, 2023.**

Dated: June 1, 2023
       New York, New York

                                              _____
                                              **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**