```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   21 Cr. 488-1 (LGS)
     -against-                       :
                                     :   ORDER
Todd Alloy                           :
                                     :
          Defendant                  :
                                     :
-------------------------------------X
```

LORNA G. SCHOFIELD, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include drug testing/treatment as directed by Pretrial Services.

    Dated: New York, New York
    September 5, 2023

                        SO ORDERED:

                        LORNA G. SCHOFIELD
                        **UNITED STATES DISTRICT JUDGE**