UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :    21 Cr. 488 (LGS)
            -against-                                       :
                                                            :    <u>ORDER</u>
TODD ALLOY,                                                 :
                                       Defendant.           :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that sentencing currently scheduled for January 30, 2024, is adjourned to **February 26, 2024, at 11:00 a.m**. due to a conflict in the Court's calendar.

Dated: January 25, 2024
       New York, New York

                                                LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE