

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 15, 2024

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Application Granted.  By **May 30, 2024**, the Government shall file a letter addressing the issue of restitution.  The Clerk of the Court is directed to terminate the letter motions at docket numbers 67 and 68.

Dated: May 23, 2024
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:     **United States v. Todd Alloy, 21 Cr. 488 (LGS)**

Dear Judge Schofield:

At the sentencing for this defendant, held on March 25, 2024, the Court ordered the Government to submit a letter within 45 days addressing the Court's questions on restitution to the victims. On or about May 15, 2024, the Government moved for an extension, *nunc pro tunc*, to May 23, 2024, to file its letter addressing the Court's questions. ECF No. 67. That motion remains pending.

The Government is in conversations with counsel for each of the victims requesting restitution, but needs a short amount of additional time to collect the information from victims' counsel.  The Government respectfully moves for an additional week, to May 30, 2024, to file its letter on restitution. The defendant consents.

> Respectfully submitted,
>
> DAMIAN WILLIAMS
> United States Attorney for the
> Southern District of New York
>
> by:  /s/
> Matthew R. Shahabian
> Assistant United States Attorney
> (212) 637-1046

CC: Kerry Lawrence, Esq. (by ECF)