UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA          ~~Proposed~~
                                                           **Order of Restitution**

         v.

TODD ALLOY                                     21 Cr. 488 (LGS)

---

LORNA G. SCHOFIELD, United States District Judge:

       WHEREAS, on March 25, 2024, the Court sentenced the defendant in the above-captioned case to 120 months' imprisonment, and ordered restitution, with the amounts and victims to be determined pursuant to the Mandatory Victims Restitution Act, 18 U.S.C. § 3664(d)(5),

       WHEREAS, on May 30, 2024, in addition to previously submitted victim impact statements, the Government submitted a letter (ECF No. 70), which provided supplemental information with respect to the restitution requests for each of the seven victims seeking restitution in the above-captioned case, who are listed in the attached Schedule A,

       WHEREAS, the defendant consents to entry of restitution in the amount of $3,000 per victim listed in Schedule A,

       WHEREAS, under 18 U.S.C. § 2259(b)(2), the Court has considered the victim submissions in this case and determines that, with respect to the victims listed in Schedule A: (1) each victim's full losses are those as listed by the Government in ECF No. 70; (2) restitution in the amount that reflects the defendant's relative role in the causal process that underlies each victim's losses is $3,000 per victim; and (3) no victim has received restitution to date in an amount that exceeds their total demonstrated losses,

       WHEREAS, upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Matthew R. Shahabian,

Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Count One of the Indictment; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

TODD ALLOY, the defendant, shall pay restitution in the total amount of $21,000, pursuant to 18 U.S.C. §§ 2259 and 3664, to the victims of the offense charged in Count One as described in Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

In the interest of justice, pursuant to 18 U.S.C. § 3572(d)(1) and (2), restitution will be payable immediately. While serving the term of imprisonment, the defendant shall make payments toward restitution and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP). Any unpaid restitution remaining upon release from prison will be paid in installments of at least ten percent of the defendant's gross income on the first of each month. This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. § 3613, to the extent warranted.

3. **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his name and the docket number of this case on each check or money order.

4. **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5. **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

_____  
**LORNA G. SCHOFIELD**  
**UNITED STATES DISTRICT JUDGE**

May 31, 2024  
DATE

2023.2.16                                                3