```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   21 Cr. 488-1 (LGS)
     -against-                       :
                                     :   ORDER
Todd Alloy                           :
                                     :
        Defendant                    :
                                     :
-------------------------------------X
```

LORNA G. SCHOFIELD, United States District Judge:

It is hereby ORDERED the defendant's bail is modified to allow Pretrial Services to remove the defendant's GPS ankle monitor on July 9, 2024, in preparation for his surrender to the Bureau of Prisons the following date.

    Dated: New York, New York
           July 2, 2024

                                      SO ORDERED:

                                      LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE